AO 240A

# UNITED STATES DISTRICT COURT
## District of New Jersey

**SHARON SCHUTH,**

                Plaintiff                 ORDER ON APPLICATION
                                                TO PROCEED WITHOUT
   V.                                     PREPAYMENT OF FEES

**COMMISSIONER OF SOCIAL SECURITY**     Case Number: 11-482(WJM)

                Defendant

      Having considered the application to proceed without prepayment of fees under 28 U.S.C.§ 1915;

      IT IS ORDERED that the application is:

☒ **GRANTED**, and

☒ The clerk is directed to file the complaint, and

☒     IT IS FURTHER ORDERED that the clerk issue summons and the United States Marshal serve a copy of the complaint, summons and this order upon the defendant(s) as directed by the plaintiff. All costs of service shall be advanced by the United States.

☐ **DENIED**, for the following reasons:

_____
_____
_____

☐ and the Clerk is directed to close the file.
Plaintiff may submit a filing fee of $350.00 within 30 days from the date of this order to reopen the case.

ENTER this ___4___ day of ___February___ 2011

_____
Signature of Judicial Officer

_____
Name and title of Judicial Officer

William J. Martini, U.S.D.J.